**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2338**

_____

KNOX CREEK COAL COMPANY; OLD REPUBLIC
INSURANCE COMPANY,

Petitioners,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
VERNER LESTER,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(00-720-BLA)

_____

Submitted:  May 16, 2002          Decided:  June 14, 2002

_____

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark E. Solomons, Laura Metcoff Klaus, GREENBERG TRAURIG, Washington, D.C., for Petitioners.  Eugene Scalia, Solicitor of Labor, Donald S. Shire, Associate Solicitor, Patricia M. Nece, Counsel for Appellate Litigation, Helen H. Cox, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Verner Lester, Hurley, Virginia, for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioners seek review of the Benefits Review Board's decision and order affirming the administrative law judge's award of medical payments pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2001). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Knox Creek Coal Co. v. DOWCP, No. 00-720-BLA (BRB Apr. 20 & Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2